AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 3:20-mj-184 |
| GABRIEL E. AGARD-BERRYHILL aka GABRIEL S. ECKERT | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 7/28/2020 in the county of Multnomah in the District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(f)(1) | Arson |

This criminal complaint is based on these facts:

See Affidavit of ATF SA AMANDA JOHNSON attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

via telephone
*Complainant's signature*

ATF SA AMANDA JOHNSON
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 12:31 a.m./~~p.m.~~

Date: 07/31/2020

*Judge's signature*

City and state: Portland, Oregon    Hon. Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*